UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION | MDL DOCKET NO. 3:12-MD-2384 |
|---|---|
| | ALL MEMBER CASES |

**CERTIFICATE OF SERVICE**

I hereby certify that the Motion of John Nobel, Bryan T. McMahon, and Joseph Meives to be appointed as lead plaintiffs and for approval of their choice of lead counsel, the Memorandum of Law and Declaration of Joseph R. Seidman, Jr. in support thereof, and a proposed order, were filed on September 14, 2012 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Joseph R. Seidman, Jr.
_____
JOSEPH R. SEIDMAN, JR.