UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE SWISHER HYGIENE, INC., SECURITIES AND DERIVATIVE LITIGATION | ) ) MDL DOCKET NO: 3:12-MD-2384-GCM ) ) ALL MEMBER CASES |

**ORDER**

IT IS HEREBY ORDERED this 21st day of September, 2012, that defendants Swisher Hygiene, Inc.'s and Steven R. Berrard's Motion to Modify This Court's August 21, 2012 Order is GRANTED. The August 21, 2012 Order is modified as follows:

1. The parties are not required to hold a Fed. R. Civ. P. 26(f) conference pursuant to Paragraph 1(j).

2. The parties are not required to meet and submit an Initial Attorney's Conference Certification Form pursuant to Paragraph 3(a).

**IT IS SO ORDERED.**

Signed: September 21, 2012

Graham C. Mullen
United States District Judge