IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-MD-2384

| | | |
|---|---|---|
| IN RE SWISHER HYGIENE, INC. | ) | |
| SECURITIES AND | ) | ORDER |
| DERIVATIVE LITIGATION | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. On August 21, 2012, Parties were given Notice of a Pretrial Conference to be held on **October 18, 2012 at 2:00 p.m. in Courtrom 3.**

IT IS HEREBY ORDERED that this conference will also include the hearing on the "Notice of Resubmission of the Caird Group's Motion for Appointment as Co-Lead Plaintiffs and for Approval of Their Selection of Lead Counsel dated May 29, 2012" filed as a Notice [doc. #3] and the Motion to Appoint Counsel and Approve Lead Plaintiffs and Selection of Lead Counsel [doc. #7].

IT IS SO ORDERED.

Signed: October 10, 2012

Graham C. Mullen
United States District Judge