UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE SWISHER HYGIENE, INC., SECURITIES AND DERIVATIVE LITIGATION | ) ) MDL DOCKET NO: 3:12-MD-2384-GCM ) ) ALL MEMBER CASES |

This matter is before the Court on two motions for appointment as lead plaintiffs and lead counsel. [Doc. Nos. 3 and 7]. The motions came before the Court for oral argument on October 18, 2012 and for the reasons stated in open court, the Caird Groups's Motion [Doc. No. 3] is GRANTED and the Nobel Group's Motion [Doc. No. 7] is DENIED. Mr. Caird and Mr. Stranch are appointed as co-lead Plaintiffs and their counsel, Block and Levin is appointed as lead counsel. Lead counsel and counsel for Swisher Hygiene shall prepare an Order for the Court's signature outlining the dates agreed upon in Court for the filing of an amended Complaint, and for any Motions to Dismiss as well as the date agreed on for a status conference. Such Order shall be presented to the Court on or before October 23, 2012.

SO ORDERED.

Signed: October 18, 2012

Graham C. Mullen
United States District Judge