UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE SWISHER HYGINE, INC. SECURITIES AND DERIVATIVE LITIGATION | ) ) ) ) )     3:12-MD-2384 |

## ORDER

**THIS MATTER** is before the Court on Defendants' various motions to dismiss (Doc. Nos. 47, 48, 50, 51). Since these motions were filed, the parties have reached a settlement, which the Court has preliminarily approved (Doc. No. 70). As such, the Court will terminate Defendants' pending motions to dismiss as moot.

**IT IS THEREFORE ORDERED** that Defendants' motions to dismiss (Doc Nos. 47, 48, 50, 51) are **TERMINATED** as moot.

**SO ORDERED**.

Signed: March 11, 2014

Graham C. Mullen
United States District Judge