# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE SWISHER HYGINE, INC. SECURITIES AND DERIVATIVE LITIGATION | 3:12-MD-2384 |

## ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Set Time for Motion to Dismiss Briefing Schedule and Extend Page Limits (Doc. No. 66) and Joint Motion to Amend/Correct (Doc. No. 72). The parties ask the Court the set a briefing schedule for motions to dismiss the complaint in the *Miller* action (3:14-cv-2387) and propose a briefing schedule. For good cause shown, the Court will grant the Motions and set a briefing schedule.

**IT IS THEREFORE ORDERED** that the parties' Motions (Doc Nos. 66 & 72) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendants must file their motions to dismiss the complaint and opening briefs in support thereof, not to exceed thirty-five pages, by **March 20, 2014**. Plaintiffs must file their responses to those motions, not to exceed thirty-five pages, by **April 21, 2014**. Defendants must file their replies to those responses, not to exceed twenty-five pages, by **May 12, 2014**.

**SO ORDERED**.

Signed: March 14, 2014

Graham C. Mullen
United States District Judge