UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE SWISHER HYGINE, INC. SECURITIES AND DERIVATIVE LITIGATION | ) ) ) ) ) | 3:12-md-2384 |

## ORDER

**THIS MATTER** is before the Court on Defendants' various motions to dismiss (Doc. Nos. 74, 76, 78 & 79), as well as Plaintiffs' Motion to Remand (Doc. No. 89). The Court previously set a briefing schedule for the motions to dismiss (Doc. No. 73), which relate exclusively to the *Miller* action (3:14-cv-2387). The Court will hold a hearing and hear oral argument on these motions on **Tuesday July 22, 2014 at 1:30 p.m. in Courtroom 3 in the Charlotte Division.**

**SO ORDERED**.

Signed: June 24, 2014

Graham C. Mullen
United States District Judge