UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION | MDL DOCKET NO. 3:12-MD-2384-GCM |
| TOM BORTHWICK, Plaintiff, v. STEVEN R. BERRARD, et al., Defendants, and SWISHER HYGIENE, INC., Nominal Defendant. | MEMBER CASE DOCKET NO.: 3:13-cv-449-GCM |

## ORDER DISMISSING
## VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

In reference to the parties' Stipulation of Dismissal filed December 10, 2014 (Doc. No. 114), **IT IS ORDERED** that the Borthwick Action is dismissed and all claims asserted against all defendants therein are dismissed with prejudice as to Borthwick. Swisher's Motion to Dismiss (Doc. No. 112) is terminated as **MOOT**.

**SO ORDERED.**

Signed: December 11, 2014

Graham C. Mullen
United States District Judge