# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION** | MDL DOCKET NO.: 3:12-MD-2384-GCM |
| **GLEN MILLER, et al.,** Plaintiffs, v. **SWISHER HYGIENE, INC., et al.,** Defendants. | MEMBER CASE DOCKET NO.: 3:14-CV-2387 |

**THIS MATTER** is before the Court *sua sponte*. Based on the Court's order of July 8, 2015 (Doc. No. 120), it has recommended by letter to the Joint Panel on Multidistrict Litigation that this case be transferred back to the Southern District of Florida. Accordingly, all proceedings in the *Miller* action (3:14-cv-2387) are hereby **STAYED** pending a determination by the Panel on this matter.

**SO ORDERED.**

Signed: July 16, 2015

Graham C. Mullen
United States District Judge