UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION** | § <br> § <br> § MDL DOCKET NO.: 3:12-MD-2384-GCM <br> § <br> § |
| **ROBERT HARRIS,** <br><br> Plaintiff, <br><br> v. <br><br> **SWISHER HYGIENE, INC., et al.,** <br><br> Defendants. | § <br> § <br> § <br> § MEMBER CASE DOCKET NO.: <br> § 3:14-cv-2388 <br> § <br> § <br> § <br> § <br> § |

**STIPULATION AND ORDER GOVERNING
SERVICE OF COMPLAINT FOR DAMAGES AND OTHER RELIEF, AND EACH
DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

WHEREAS, on August 13, 2014, the Court approved a proposed stipulation and order pursuant to which, among other things, Defendants did not have to answer, move or otherwise respond to Plaintiff's complaint until 30 days after the Court ruled on the motions to dismiss filed in the member case captioned *Miller, et al. v. Swisher Hygiene, Inc., et al*., No. 3:14-cv-2387 (W.D.N.C.) ("*Miller*").

WHEREAS, the August 13, 2014 Order provides that the parties reserved their rights to seek modifications of the Order or any other relief upon its expiration.

WHEREAS, on July 8, 2015, the Court ruled on the motions to dismiss filed in *Miller.*

WHEREAS, pursuant to the Court's August 13, 2014 Order, Defendants are required to answer, move or otherwise respond to the complaint by August 7, 2015.

WHEREAS, the parties have reach an agreement to extend Defendants' time to answer, move or otherwise respond to the complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through the undersigned counsel, subject to the approval of the Court, that:

1. The Defendants do not need to answer, move or otherwise respond to the complaint until September 7, 2015.

2. The parties reserve their rights to seek a modification of this proposed order or any other relief upon expiration of this proposed order.

Respectfully submitted,                                Respectfully submitted,


s/ Simon M. Lassel_____                          s/ Jonathan M. Watkins_____
Ejola Cook                                             James P. McLoughlin, Jr.
Simon M. Lassel                                        N.C. State Bar No. 13795
THE TICKTIN LAW GROUP, P.A.                            Valecia M. McDowell
600 West Hillsboro Boulevard                           N.C. State Bar No. 25341
Suite 220                                              Jonathan M. Watkins
Deerfield Beach, Florida 33441-1610                    N.C. State Bar No. 42417
Tel: (954) 570-6757                                    MOORE & VAN ALLEN PLLC
ecook@LegalBrains.com                                  Bank of America Corporate Center
slassel@LegalBrains.com                                100 North Tryon Street, Suite 4700
                                                       Charlotte, North Carolina 28202
*Attorneys for Plaintiff*                              Tel: (704) 331-1000
                                                       jimmcloughlin@mvalaw.com
                                                       valeciamcdowell@mvalaw.com
                                                       watkinsj@mvalaw.com

Paul J. Lockwood
Alyssa S. O'Connell
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Rodney Square
920 King Street
Wilmington, Delaware  19801
Tel:  (302) 651-3000
paul.lockwood@skadden.com
alyssa.oconnell@skadden.com

*Attorneys for Defendant Swisher Hygiene, Inc.*

Dated:  August 6, 2015

**SO ORDERED.**

Signed: August 6, 2015

Graham C. Mullen
United States District Judge