UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION | § § § MDL DOCKET NO.: 3:12-MD-2384-GCM § § |
| ROBERT HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>SWISHER HYGIENE, INC., et al.,<br><br>Defendants. | § § § § MEMBER CASE DOCKET NO.: § 3:14-cv-2388 § § § § § § |

**STIPULATION AND ORDER GOVERNING
SERVICE OF COMPLAINT FOR DAMAGES AND OTHER RELIEF, AND EACH
DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

WHEREAS, on August 7, 2015, the Court approved a proposed stipulation and order pursuant to which Defendants did not have to answer, move or otherwise respond to Plaintiff's complaint until September 7, 2015.

WHEREAS, the August 7, 2015 Order provides that the parties reserved their rights to seek modifications of the Order or any other relief upon its expiration.

WHEREAS, the parties have reached an agreement to further extend Defendants' time to answer, move or otherwise respond to the complaint.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through the undersigned counsel, subject to the approval of the Court, that:

1. The Defendants do not need to answer, move or otherwise respond to the complaint until September 17, 2015.

2. The parties reserve their rights to seek a modification of this proposed order or any other relief upon expiration of this proposed order.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Simon M. Lassel* | *s/ Jonathan M. Watkins* |
| Ejola Cook | James P. McLoughlin, Jr. |
| Simon M. Lassel | N.C. State Bar No. 13795 |
| THE TICKTIN LAW GROUP, P.A. | Valecia M. McDowell |
| 600 West Hillsboro Boulevard | N.C. State Bar No. 25341 |
| Suite 220 | Jonathan M. Watkins |
| Deerfield Beach, Florida 33441-1610 | N.C. State Bar No. 42417 |
| Tel: (954) 570-6757 | MOORE & VAN ALLEN PLLC |
| ecook@LegalBrains.com | Bank of America Corporate Center |
| slassel@LegalBrains.com | 100 North Tryon Street, Suite 4700 |
|  | Charlotte, North Carolina 28202 |
| *Attorneys for Plaintiff* | Tel: (704) 331-1000 |
|  | jimmcloughlin@mvalaw.com |
|  | valeciamcdowell@mvalaw.com |
|  | watkinsj@mvalaw.com |
|  |  |
|  | Paul J. Lockwood |
|  | Alyssa S. O'Connell |
|  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|  | One Rodney Square |
|  | 920 King Street |
|  | Wilmington, Delaware 19801 |
|  | Tel: (302) 651-3000 |
|  | paul.lockwood@skadden.com |
|  | alyssa.oconnell@skadden.com |
| Dated: September 2, 2015 | *Attorneys for Defendant Swisher Hygiene, Inc.* |

**SO ORDERED.**

Signed: September 2, 2015

Graham C. Mullen
United States District Judge