## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION** | § <br> § <br> § MDL DOCKET NO.: 3:12-MD-2384-GCM <br> § <br> § |
| **ROBERT HARRIS,** <br><br>                                **Plaintiff,** <br><br> **v.** <br><br> **SWISHER HYGIENE, INC., et al.,** <br><br>                            **Defendants.** | § <br> § <br> § <br> § MEMBER CASE DOCKET NO.: <br> § 3:14-cv-2388 <br> § <br> § <br> § <br> § <br> § |

### STIPULATION AND PROPOSED ORDER GOVERNING EACH DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

WHEREAS, on September 17, 2015, the Court approved a proposed stipulation and order pursuant to which Defendants did not have to answer, move or otherwise respond to Plaintiff's complaint until October 19, 2015.

WHEREAS, the September 17, 2015 Order provides that the parties reserved their rights to seek modifications of the Order or any other relief upon its expiration.

WHEREAS, the parties have reached an agreement to further extend Defendants' time to answer, move or otherwise respond to the complaint.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through the undersigned counsel, subject to the approval of the Court, that:

1.      The Defendants do not need to answer, move or otherwise respond to the

          complaint until November 2, 2015.

2.  The parties reserve their rights to seek a modification of this proposed order or

any other relief upon expiration of this proposed order.

Respectfully submitted,       Respectfully submitted,


s/ Simon M. Lassel_____   s/  Jonathan M. Watkins_____
Ejola Cook           James P. McLoughlin, Jr.
Simon M. Lassel         N.C. State Bar No. 13795
THE TICKTIN LAW GROUP, P.A.   Valecia M. McDowell
600 West Hillsboro Boulevard    N.C. State Bar No. 25341
Suite 220           Jonathan M. Watkins
Deerfield Beach, Florida  33441-1610  N.C. State Bar No. 42417
Tel:  (954) 570-6757       MOORE & VAN ALLEN PLLC
ecook@LegalBrains.com      Bank of America Corporate Center
slassel@LegalBrains.com      100 North Tryon Street, Suite 4700
               Charlotte, North Carolina  28202
*Attorneys for Plaintiff*       Tel:  (704) 331-1000
               jimmcloughlin@mvalaw.com
               valeciamcdowell@mvalaw.com
               watkinsj@mvalaw.com

               Paul J. Lockwood
               Alyssa S. O'Connell
               SKADDEN, ARPS, SLATE, MEAGHER &
                FLOM LLP
               One Rodney Square
               920 King Street
               Wilmington, Delaware  19801
               Tel:  (302) 651-3000
               paul.lockwood@skadden.com
               alyssa.oconnell@skadden.com


Dated:  October 16, 2015      *Attorneys for Defendant Swisher Hygiene, Inc.*



**SO ORDERED.**

            Signed: October 19, 2015



            Graham C. Mullen
            United States District Judge