**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **IN RE SWISHER HYGIENE, INC. SECURITIES AND DERIVATIVE LITIGATION** | § <br> § <br> § MDL DOCKET NO.: 3:12-MD-2384-GCM <br> § <br> § |
| **ROBERT HARRIS,** <br><br>                      **Plaintiff,** <br><br> **v.** <br><br> **SWISHER HYGIENE, INC., et al.,** <br><br>                 **Defendants.** | § <br> § <br> § <br> §   MEMBER CASE DOCKET NO.: <br> §   3:14-cv-2388 <br> § <br> § <br> § <br> § <br> § |

**STIPULATION AND ORDER**
**TO STAY PROCEEDINGS FOR THIRTY DAYS**

WHEREAS, the parties have reached an agreement to stay proceedings for 30 days, with such stay commencing November 18, 2015.

WHEREAS, the Court possesses the power to stay proceedings as part of its inherent authority to exercise control over its docket in a manner that conserves the time and resources of the Court and the parties. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through the undersigned counsel, subject to the approval of the Court, that:

1. The above-captioned member case, *Harris v. Swisher Hygiene, Inc.*, No. 3:14-cv-2388, is stayed for 30 days, with such stay beginning and effective as of November 18, 2015, irrespective of the date on which the Court So Orders this Stipulation and Order to Stay Proceedings for Thirty Days.

2. During the pendency of the stay ordered herein, all deadlines in the *Harris* matter, No. 3:14-cv-2388, shall be stayed, including but not limited to Defendants' deadline to answer, move or otherwise respond to the complaint.

3. The parties reserve their rights to seek a modification of this order or any other relief upon expiration of this order.

Respectfully submitted,                     Respectfully submitted,


s/ Simon M. Lassel                           s/ Jonathan M. Watkins
Ejola Cook                                   James P. McLoughlin, Jr.
Simon M. Lassel                              N.C. State Bar No. 13795
THE TICKTIN LAW GROUP, P.A.                  Valecia M. McDowell
600 West Hillsboro Boulevard                 N.C. State Bar No. 25341
Suite 220                                    Jonathan M. Watkins
Deerfield Beach, Florida  33441-1610         N.C. State Bar No. 42417
Tel:  (954) 570-6757                         MOORE & VAN ALLEN PLLC
ecook@LegalBrains.com                        Bank of America Corporate Center
slassel@LegalBrains.com                      100 North Tryon Street, Suite 4700
                                             Charlotte, North Carolina  28202
*Attorneys for Plaintiff*                    Tel:  (704) 331-1000
                                             jimmcloughlin@mvalaw.com
                                             valeciamcdowell@mvalaw.com
                                             watkinsj@mvalaw.com

                                             Paul J. Lockwood
                                             Alyssa S. O'Connell
                                             SKADDEN, ARPS, SLATE, MEAGHER &
                                               FLOM LLP
                                             One Rodney Square
                                             920 King Street
                                             Wilmington, Delaware  19801
                                             Tel:  (302) 651-3000
                                             paul.lockwood@skadden.com
                                             alyssa.oconnell@skadden.com

Dated:  November 18, 2015                    *Attorneys for Defendant Swisher Hygiene, Inc.*



**SO ORDERED.**

Signed: November 19, 2015

Graham C. Mullen
United States District Judge