# United States District Court
# For The Western District of North Carolina
# Charlotte Division
3:12MD2384

In Re: Swisher Hygiene, Inc., Securities and Derivative Litigation

Concerning *James v. Swisher Hygiene, Inc.,* No. 3:12-cv-2385;
*Arsenault v. Swisher Hygiene, Inc.,* No. 3:12-cv-2386;
*Russell v. Swisher Hygiene, Inc.,* No. 3:12-cv-216;
*Birch v. Swisher Hygiene, Inc.,* No. 3:12-cv-221;
*Cohen v. Swisher Hygiene, Inc.,* No. 3:12-cv-256;
*Faulk v. Swisher Hygiene, Inc.,* No. 3:12-cv-330;
*Borthwick v. Swisher Hygiene, Inc.,* No. 3:13-cv-449;
*Miller v. Swisher Hygiene, Inc.,* No. 3:14-cv-2387;
*Harris v. Swisher Hygiene, Inc.,* No. 3:14-cv-2388;

**JUDGMENT IN A CIVIL CASE**

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Orders dated 8/6/2014, 12/11/2014, 8/25/2015, 1/14/2016 and 2/9/2016.

Signed: March 2, 2016

Frank G. Johns, Clerk
United States District Court